# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JUANITA E. HERRON,

                Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT LLC,

                Defendant.

Case No. 18-CV-245-JPS

**ORDER**

On February 19, 2018, Juanita E. Herron ("Herron") filed a complaint against Credence Resource Management LLC ("Credence") alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), the Telephone Consumer Protection Act ("TCPA"), and Wisconsin state law. (Docket #1). On September 20, 2018, Herron filed a notice of settlement. (Docket #18). Thereafter, the parties were ordered to file a joint stipulation of dismissal no later than December 19, 2018. (Docket #19). On December 5, 2018, the parties filed their joint stipulation of dismissal, in which they agree to dismiss the case with prejudice. (Docket #20). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #20) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney fees.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge